**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6458**

ANTHONY BENJAMIN,

       Plaintiff - Appellant,

    v.

RICHARD UNKNOWN LAST NAME, Nurse; Medication Giver; DOCTOR
KITCHEN, Dental; CORPORAL C. COLEMAN; OFFICER ANDREW;
OFFICER BERTRAND; SUPERVISOR MCCAY, Kitchen Supervisor;
MANAGER GALLAHAN, Case Manager,

       Defendants - Appellees,

    and

JOSEPH HIGGS, Superintendent,

       Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (1:08-cv-00836-JCC-TRJ)

Submitted: May 28, 2009          Decided: June 8, 2009

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Benjamin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Benjamin appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Benjamin v. Richard, No. 1:08-cv-00836-JCC-TRJ (E.D. Va. Feb. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED